**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MARC D. GUYAN<br>Plaintiff<br><br>v.<br><br>WAYNE E. RATCLIFFE, Alias and<br>WERNER ENTERPRISES, INC., Alias<br>Defendant | : | CIVIL ACTION<br>NO. CA 07 113 ML<br><br>DATE OF FILING: |

**NOTICE OF REMOVAL**

To the Honorable Judges in the United States District Court for the District of Rhode Island; defendants Wayne E. Ratcliffe and Werner Enterprises, Inc. by and through its attorneys Rawle & Henderson LLP, respectfully avers as follows:

1. Plaintiff, Marc D. Guyan, commenced a civil action against defendants in the Superior Court in the County of Providence/Bristol on or about March 1, 2007. A true and correct copy of the complaint is attached hereto as Exhibit "A".

2. Service of the complaint was made upon defendants Werner Enterprises, Inc. on or about March 5, 2007.

3. In the complaint, plaintiff avers *inter alia*, that he sustained the following injuries as a result of the motor vehicle accident at issue herein:

> 10. As a further direct and proximate result of the Defendants' negligence, carelessness and recklessness, the Plaintiff, Marc D. Guyan, suffered sever personal injuries and great pain and suffering, some of which may be permanent, has suffered permanent scarring and disfigurement, has incurred tremendous medical expenses and may be required to expend additional sums of money for his medical treatment, has suffered lost wages and/or loss of earning capacity, has suffered loss of enjoyment of life, and has suffered other great damage;

See Exhibit "A" – plaintiff's complaint ¶ 10.

4. In addition, the plaintiff claims the following in his wherefore clause:

> 1. An amount sufficient to confer jurisdiction upon this Honorable Court.
> 2. Interest
> 3. Costs of suit
> 4. Any other such further relief as this Honorable Court deems meet [sic] and just

5. Based upon a fair reading of the complaint, plaintiff has set forth a claim in which an amount in excess of the jurisdictional limit of $75,000, exclusive of interests and costs, may be at stake.

6. At all times material hereto, defendant Werner Enterprises, Inc. is a Nebraska corporation with its principal place of business in Omaha, Nebraska.

7. At all times material hereto, defendant Wayne E. Ratcliffe is and was a citizen, resident and domiciliary of the State of Virginia and resides in Locust Grove, Virginia.

8. Plaintiff, Marc D. Guyan is and was a citizen, resident and domiciliary of the State of Massachusetts, and resides in the Town of Lakeville, County of Plymouth, Commonwealth of Massachusetts. See Exhibit "A" – plaintiff's complaint ¶ 1.

9. Diversity of citizenship within the meaning of 28 U.S.C. §1332, exist between plaintiff and defendants since:

a. Plaintiff is a citizen, resident and domiciliary of the Commonwealth of Massachusetts and

b. Defendants are not a citizen of the Commonwealth of Massachusetts.

10. Furthermore, diversity of citizenship existed at the time the action sought to be removed was commenced and continues through the time of filing of this notice, defendants are entitled to removal pursuant to 28 U.S.C. §1441, as amended, and 28 U.S.C. §1446.

11. This notice of removal is being filed within 30 days of the date the plaintiff's complaint was filed and within 30 days of the date the plaintiff's complaint was served.

12. Venue is properly laid in this district because the action sought to be removed is pending in its district 28 U.S.C. §1446 (a).

WHEREFORE, defendants, Wayne E. Ratcliffe and Werner Enterprises, Inc., pray that the above captioned action now pending in the Superior Court for the County of Providence/Bristol be removed therefrom to this Honorable Court.

RAWLE & HENDERSON LLP

By: ______________________
Gary N. Stewart, Esquire
Identification No.: 5018
Attorney for Defendants,
Wayne E. Ratcliffe and
Werner Enterprises, Inc.

Payne Shoemaker Building
240 N. Third Street, 9th Floor
Harrisburg, PA 17101

130 Touro Street
Newport, Rhode Island 02840
gstewart@rawle.com
(717) 234-7700
(717) 234-7710
Our File No.: 250278

Dated: 3/23/07

**CERTIFICATE OF SERVICE**

I hereby certify that on today's date, a true and correct copy of the pleading was served by first-class mail, postage prepaid, upon all attorneys of record, addressed as follows:

George L. Santopietro
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903

RAWLE & HENDERSON LLP

By: ______________________
Gary N. Stewart

Dated: 3-23-07