# EXHIBIT "A"

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

| | | |
|---|---|---|
| MARC D. GUYAN | : | |
| | : | |
| -vs- | : | C.A. NO.: PC 07- 0591 |
| | : | |
| WAYNE E. RATCLIFFE, Alias and | : | |
| WERNER ENTERPRISES, INC., Alias | : | |

## COMPLAINT

1. Plaintiff, Marc D. Guyan, is a resident of the Town of Lakeville, County of Plymouth, Commonwealth of Massachusetts;

2. Defendant, Wayne E. Ratcliffe, Alias, upon information and belief, is a resident of the Town of Purcellville, Community of Locust Grove, County of Loudoun, Commonwealth of Virginia and, at all times relevant hereto, had sufficient minimum contacts with the State of Rhode Island so as to be subject to its jurisdiction;

3. Defendant, Werner Enterprises, Inc., upon information and belief, is a Delaware corporation that is in the business of commercial trucking, that has its principal place of business located in Omaha, Nebraska, and that has sufficient minimum contacts with the State of Rhode Island so as to be subject to its jurisdiction;

4. On September 14, 2005 at approximately 5:49 p.m., the Plaintiff, Marc D. Guyan, was the operator of a motor vehicle that was traveling in a northerly direction on Interstate Route 95, so-called a public highway, in the Town of Richmond, County of Washington, State of Rhode Island;

5. The Plaintiff, Marc D. Guyan, was in the exercise of due care and caution at all times relevant hereto;

6. On the same date, time and place set forth above, the Defendant, Wayne E. Ratcliff, Alias, negligently, carelessly and recklessly operated a motor vehicle while traveling in a northerly direction on said Interstate Route 95;

7. On the same date, time and place, the Defendant, Wayne E. Ratcliffe, Alias, was operating a motor vehicle that was owned by the Defendant, Werner Enterprises, Inc., Alias, with said Defendant's permission and/or consent, either express or implied, and/or as an agent of said Defendant;

8. At all times relevant hereto, the Defendant, Werner Enterprises, Inc., Alias, is liable for the conduct of the Defendant, Wayne E. Ratcliffe, Alias, pursuant to R.I.G.L. §31-33-6 and 31-33-7;

9. As a direct and proximate result of the Defendants' negligence, carelessness, and recklessness, the motor vehicle that was owned by the Defendant, Werner Enterprises, Inc., Alias, and was being operated by the Defendant, Wayne E. Ratcliff, crashed into the motor vehicle that was being operated by the Plaintiff, Marc D. Guyan, and caused an accident;

10. As a further direct and proximate result of the Defendants' negligence, carelessness and recklessness, the Plaintiff, Marc D. Guyan, suffered severe personal injuries and great pain and suffering, some of which may be permanent, has suffered permanent scarring and disfigurement, has incurred tremendous medical expenses and may be required to expend additional sums of money for his medical treatment, has suffered lost wages and/or loss of earning capacity, has suffered loss of enjoyment of life, and has suffered other great damage;

WHEREFORE, the Plaintiff, Marc D. Guyan, hereby demands judgment against the Defendants, Wayne E. Ratcliffe, Alias and Werner Enterprises, Inc., Alias, jointly and severally, in an amount sufficient to confer jurisdiction upon this Honorable Court, together with interest, costs of suit, and any other such further relief as this Honorable Court deems meet and just.

Plaintiff, Marc D. Guyan,
By His Attorneys:

COIA & LEPORE, LTD.

Jessica L. Basso, Esq. #5885
226 South Main Street
Providence, Rhode Island 02903
(401) 751-5522
(401) 331-3758 (fax)

The Plaintiff hereby demands a trial by jury as to all issues contained herein.

The Plaintiff hereby reserves the right to add additional counts.

Dated: 1/31/07

# State of Rhode Island and Providence Plantations

## SUPERIOR COURT

[x] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. PC07-0591

MARC D. GUYAN
Plaintiff

WAYNE E. RATCLIFFE, Alias and
WERNER ENTERPRISES, INC., Alias
Defendant

***Summons***

*To the above-named Defendant:* Werner Enterprises, Inc.
c/o Robert E. Synowicki, 14507 Frontier Road
Omaha, NE 68138

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon George L. Santopietro Plaintiff's attorney, whose address is COIA & LEPORE LTD. 226 SOUTH MAIN ST. PROVIDENCE, R.I. 02903 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature]

CLERK

Dated: March 1, 2007

Ratcliffe JLR
227201
9/14/05
Nathan

(Seal of the Superior Court)

CC: JLR 3/7/07
MA
NJM.

Front desk Omaha - Served on Stephanie Nelson

RECEIVED
MAR 0 5 2007
BY: WAN/SAW

S-135 (REV. 10/00)

# State of Rhode Island and Providence Plantations

..........................................,SC

## PROOF OF SERVICE

I hereby certify that on the .................................... day of ............................................. I served a copy of this summons and a copy of the complaint received therewith upon .............................................................................

.............................................................................................................................................

in the following manner:

By delivering a copy of the summons and complaint to him/her personally.

By leaving a copy of the summons and complaint at his/her dwelling house,..................................................... ..........................................................................................., with a person of suitable age and discretion then residing therein. (Address)

By leaving a copy of the summons and complaint at his/her usual place of abode, ............................................... ..........................................................................................., with a person of suitable age and discretion then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ..........................................................................................................

such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

.............................................................................................................................................

.............................................................................................................................................

.............................................................................................................................................

Sheriff's Fees

Travel ........................ $..........................

Service ........................ $..........................

$..........................

.................................................... Deputy Sheriff

CIVIL ACTION

FILE NO. ....PC07-0591....................

SUMMONS

SUPERIOR COURT

MARC D. GUYAN

VS

WAYNE E. RATCLIFFE, et al.
Werner Enterprises, Inc.
c/o Robert E. Synowicki
Omaha, NE 68138

ATTORNEY FOR PLAINTIFF

George E. Santopietro Bar #2056
COIA & LEPORE, LTD.
(401) 751-5522

NOTE: Returnable to Plaintiff's Attorney forthwith after service. Proof of service to be filed within time during which the person served must respond.