STATE O... HODE ISLAND AND PROVIDENCE PLAN... IONS
SUPERIOR COURT
CIVIL DOCKET SHEET

CA 07-113 ML

Case ID: PC-2007-0591 MARC D GUYAN V WAYNE E RATCLIFFE

Filing Date: 02-01-2007
Case Status: UNASSIGNED

Case Type: PERSONAL INJURY-VEHICLE
Status Date: 02-01-2007

Plaintiff: MARC GUYAN
ID: @10886851

Attorney: JESSICA BASSO

Defendant: WAYNE RATCLIFFE
ID: @10886853
Defendant: WERNER ENTERPRISES INC
ID: @10886855

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 02-01-2007 | COMPLAINT FILED | |
| 02-01-2007 | INITIAL FILING FEE | |
| 02-05-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP242278. |
| 03-14-2007 | AFFIDAVIT FILED | |
| 03-14-2007 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: WERNER ENTERPRISES INC |

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island