**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| MARC D. GUYAN | : |
| | : |
| -VS - | :C.A. NO.: 07-113ML |
| | : |
| WAYNE E. RATCLIFFE, Alias and WERNER ENTERPRISES, INC., Alias | :DATE OF FILING :April 2, 2007 |
| | ELECTRONICALLY FILE |

**PLAINTIFF'S ANSWER TO DEFENDANTS' COUNTERCLAIM**

Plaintiff denies the Defendants' allegations that Defendant, Wayne E. Ratcliffe, was operating the tractor trailer owned by Defendant, Werner Enterprises, Inc., while using reasonable and due care and in compliance with all other applicable law. Plaintiff further denies that he was negligent, careless or reckless.

WHEREFORE, Plaintiff requests that this Honorable Court dismiss Defendants' Counterclaim and enter judgment in his favor against the Defendants in accordance with his prayers for relief.

Plaintiff,
By His Attorneys,

/s/George L. Santopietro, Esq.-#2056
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
(401) 751-5522

# CERTIFICATION

I hereby certify that I mailed a true copy of the within Answer to Counterclaim by regular mail, postage prepaid on this 2nd day of April, 2007 to:

Gary N. Stewart, Esquire
#5018
Payne Shoemaker Building
240 N. Third Street, 9th floor
Harrisburg, PA 17101

And 130 Touro Street
Newport, RI 02840

/s/George L. Santopietro, Esq.-#2056
226 South Main Street
Providence, RI 02903
(401) 751-5522