**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| MARC D. GUYAN<br>Plaintiff | : CIVIL ACTION NO.<br>: CA07-113ML<br>: |
| v. | : |
| WAYNE E. RATCLIFFE, Alias and<br>WERNER ENTERPRISES, INC., Alias<br>Defendant | : DATE OF FILING:<br>: APRIL 19, 2007<br>:<br>: ELECTRONICALLY FILED |

**DEFENDANT WERNER ENTERPRISES, INC.'S,**
**STATEMENT OF CLAIM**

AND NOW, comes defendant, Werner Enterprises, Inc., by and through their attorneys, Rawle & Henderson LLP, and provides the following statement of claims pursuant to Local Rule 16:

## PROCEDURAL HISTORY

Plaintiff filed a complaint against defendants, Wayne E. Ratcliffe and Werner Enterprises, Inc. in the Superior Court in the County of Providence/Bristol on or about February 1, 2007. Thereafter, defendant Werner Enterprises, Inc. was served with plaintiff's complaint on or about March 5, 2007. Subsequently, on or about March 23, 2007 defendants filed their Notice of Removal in the U.S. District Court for the District of Rhode Island. Plaintiff's complaint alleged that defendants were negligent in causing the aforementioned accident and demanded judgment for plaintiff's alleged personal injuries. Defendants filed a counter-claim against plaintiff alleging that plaintiff was in fact negligent and caused the aforementioned damages

**FACTS AND CLAIM**

This lawsuit arises out of a motor vehicle accident which occurred on September 14, 2005 on Interstate 95 North in Richmond, Rhode Island at or about 5:49 p.m. when the tractor trailer operated by Werner's employee, Wayne Ratcliffe was rear ended by a tractor trailer operated by plaintiff Marc Guyan. The trailer sustained damages in an amount of $4,153.41.

Respectfully submitted,

RAWLE & HENDERSON LLP

By: ______________________

Gary N. Stewart, Esquire
Identification No.: 5018
Attorney for Defendants,
Wayne E. Ratcliffe and
Werner Enterprises, Inc.

Payne Shoemaker Building
240 N. Third Street, 9th Floor
Harrisburg, PA 17101

130 Touro Street
Newport, Rhode Island 02840
gstewart@rawle.com
(717) 234-7700
(717) 234-7710
Our File No.: 250278

Dated: 2/19/07

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within-captioned document was filed electronically with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

George L. Santopietro
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903

RAWLE & HENDERSON LLP

By: ______________________
Gary N. Stewart

Dated: 4/19/07