UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARC D. GUYAN | : | |
| | : | |
| VS. | : | C.A. NO. 07-113ML |
| | : | |
| WAYNE E. RATCLIFFE, Alias and | : | |
| WERNER ENTERPRISES, INC., Alias | : | |

NOTICE OF APPEARANCE

I, C. Russell Bengtson, hereby enter my appearance as co-counsel on behalf of plaintiff, Marc D. Guyan.

CARROLL, KELLY & MURPHY

/s/ C. Russell Bengtson

C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile

CERTIFICATION

I hereby certify that on April 20, 2007, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that George L. Santopietro, Esq., gsantopi@coialepore.com and Gary N. Stewart, Esq. gstewart@rawle.com will receive notice through the ECF system.

/s/ C. Russell Bengtson