**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| MARC D. GUYAN | : CIVIL ACTION NO. |
| Plaintiff | : CA07-113ML |
| | : |
| v. | : JUDGE MARY M. LISI |
| | : |
| WAYNE E. RATCLIFFE, Alias and | : DATE OF FILING: |
| WERNER ENTERPRISES, INC., Alias | : APRIL 30, 2007 |
| Defendant | : ELECTRONICALLY FILED |

**DEFENDANT WERNER ENTERPRISES, INC.'S,**
**AMENDED STATEMENT OF CLAIM**

AND NOW, comes defendant, Werner Enterprises, Inc., by and through their attorneys, Rawle & Henderson LLP, and provides the following amended statement of claims pursuant to Local Rule 16:

In addition to defendant Werner Enterprises, Inc.'s previously filed statement of claims, defendant suffered additional damages of $6,770. By way of further explanation, defendants compensated the Hope Valley – Wyoming Fire District in the amount of $6,770 for the rescue and cleanup completed by the Hope Valley – Wyoming Fire District on account of the September 14, 2005 accident.

As it is defendant's position that plaintiff Marc D. Guyan caused the aforementioned accident, in addition to the previously alleged property damage of $4,152.41, Werner Enterprises, Inc. seeks additional damages of the $6,770 previously paid to the Hope Valley – Wyoming Fire District. Thus, the total damages are $10,922.41.

Respectfully submitted,

RAWLE & HENDERSON LLP

By: ______________________

Gary N. Stewart, Esquire
Identification No.: 5018
Attorney for Defendants,
Wayne E. Ratcliffe and
Werner Enterprises, Inc.

Payne Shoemaker Building
240 N. Third Street, 9th Floor
Harrisburg, PA 17101

130 Touro Street
Newport, Rhode Island 02840
gstewart@rawle.com
(717) 234-7700
(717) 234-7710
Our File No.: 250278

Dated: 5/1/07

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within-captioned document was filed electronically with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

George L. Santopietro
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
Attorney for plaintiff,
Marc D. Guyan

C. Russell Bengtson, Esquire
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903
Attorney for Counterclaim Defendant,
Marc D. Guyan

RAWLE & HENDERSON LLP

By: ______________________
Gary N. Stewart

Dated: 5/1/07