# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARC D. GUYAN<br>Plaintiff | : CIVIL ACTION NO.<br>: CA07-113ML<br>:<br>: |
| v. | |
| WAYNE E. RATCLIFFE, Alias and<br>WERNER ENTERPRISES, INC., Alias<br>Defendant | : DATE OF FILING:<br>: MARCH 27, 2007<br>:<br>: ELECTRONICALLY FILED |

## STIPULATION TO DISMISS DEFENDANT WERNER ENTERPRISES, INC.'S COUNTER-CLAIM AGAINST PLAINTIFF MARC D. GUYAN

Pursuant to Federal Rule of Civil Procedure 41(c), it is hereby STIPULATED and AGREED by and between plaintiffs and defendants that the counter-claim filed by defendant Werner Enterprises, Inc. against plaintiff Marc D.

Guyan shall be dismissed from the above captioned matter with prejudice.

RAWLE & HENDERSON LLP

By:____________________________

Gary N. Stewart, Esquire
Identification No.: 5018
Attorney for Defendants,
Wayne E. Ratcliffe and
Werner Enterprises, Inc.

Payne Shoemaker Building
240 N. Third Street, 9th Floor
Harrisburg, PA 17101

130 Touro Street
Newport, Rhode Island 02840
gstewart@rawle.com
(717) 234-7700
(717) 234-7710
Our File No.: 250278

CARROLL, KELLY & MURPHY

By:____________________________

C. Russell Bengtson, Esquire
Identification No.: 1233
Attorney for Counterclaim
Defendant,
Marc D. Guyan

One Turks Head Place
Suite 400
Providence, RI 02903

COIA & LEPORE, LTD.

By:____________________________

George L. Santopietro, Esquire
Identification No.: 2056
Attorney for plaintiff,
Marc D. Guyan

226 South Main Street
Providence, RI 02903