**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| MARC D. GUYAN | : CIVIL ACTION NO. |
| Plaintiff | : CA07-113ML |
| | : |
| v. | : |
| | : DATE OF FILING: |
| WAYNE E. RATCLIFFE, Alias and | : |
| WERNER ENTERPRISES, INC., Alias | : |
| Defendant | : ELECTRONICALLY FILED |

**STIPULATION OF DISMISSAL**

It is hereby stipulated and agreed that the above-entitled action, having been amicably adjusted by and between the parties, is hereby dismissed with prejudice and without costs against either party.

RAWLE & HENDERSON LLP

By:______________________________

Gary N. Stewart, Esquire
Identification No.: 5018
Attorney for Defendants,
Wayne E. Ratcliffe and
Werner Enterprises, Inc.

Payne Shoemaker Building
240 N. Third Street, 9th Floor
Harrisburg, PA 17101

2122499-1

130 Touro Street
Newport, Rhode Island 02840
gstewart@rawle.com
(717) 234-7700
(717) 234-7710
Our File No.: 250278

COIA & LEPORE, LTD.

By:______________________________

George L. Santopietro, Esquire
Identification No.: 2056
Attorney for plaintiff,
Marc D. Guyan

226 South Main Street
Providence, RI 02903

CARROLL, KELLY & MURPHY

By:______________________________

C. Russell Bengtson, Esquire
Identification No.: 1233
Attorney for Counterclaim
Defendant,
Marc D. Guyan

One Turks Head Place
Suite 400
Providence, RI 02903

Dated: 8/27/07

______________________________ J.