**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| MARC D. GUYAN<br>Plaintiff | : CIVIL ACTION NO.<br>: CA07-113ML<br>: |
| v. | :<br>: DATE OF FILING: |
| WAYNE E. RATCLIFFE, Alias and<br>WERNER ENTERPRISES, INC., Alias<br>Defendant | :<br>:<br>: ELECTRONICALLY FILED |

**STIPULATION OF DISMISSAL**

It is hereby stipulated and agreed that the above-entitled action, having been amicably adjusted by and between the parties, is hereby dismissed with prejudice and without costs against either party.

RAWLE & HENDERSON LLP

By:______________________

Gary N. Stewart, Esquire
Identification No.: 5018
Attorney for Defendants,
Wayne E. Ratcliffe and
Werner Enterprises, Inc.

Payne Shoemaker Building
240 N. Third Street, 9th Floor
Harrisburg, PA 17101

Enter:
Mary M. Lisi
USDJ
8/29/07

2122499-1